UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

STANLEY EHI ALIU,                                    Case No. 6:16-bk-08078-CCJ
                                                     Chapter 13
        Debtor.

_____/

**DEBTOR'S MOTION TO COMPEL**

Debtor, Stanley Ehi Aliu, by and through undersigned counsel, hereby files this Motion to Compel Creditor Wells Fargo Bank, N.A. to produce documents responsive to the Debtor's request for the production of documents and says:

We served requests for production on September 19, 2017. To date, no response has been provided. Undersigned counsel certifies that he conferred with opposing counsel on at least 2 occassions concerning the status of the responses in a good faith attempt to resolve this discovery issue without a motion.

/s/ Roman V. Hammes
Roman V. Hammes
Florida Bar No. 87250
Roman V. Hammes, P.L.
1920 North Orange Ave
Suite 100
Orlando, FL 32801
Telephone: (407) 650-0003
Email: roman@romanvhammes.com

Attorney for the Debtor

<u>Certificate of Service</u>

    I hereby certify that on November 9, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that a copy of the foregoing was also provided vie electronic mail to Tyler Green at [tgreen@albertellilaw.com](mailto:tgreen@albertellilaw.com).

                                             <u>Roman V. Hammes</u>
                                             Roman V. Hammes