ORDERED.

Dated: December 11, 2017

UNITED STATES BANKRUPTCY COURT
MIDI

Cynthia C. Jackson
United States Bankruptcy Judge

In re:

STANLEY EHI ALIU,   Case No.: 6:16-bk-08078-CCJ
                    Chapter 13

     Debtor.

_____/

**AGREED ORDER ON DEBTOR'S LIMITED
OBJECTION TO CLAIM 6 FILED BY WELLS FARGO BANK, N.A.**

This case came before the court to consider and act upon the Debtor's Limited Objection to Claim 6 filed by Wells Fargo Bank, N.A. (the "Creditor") (Doc. no. 22). The Court, having reviewed the file, the Objection, and based upon agreement of the parties for the entry of this order, it is

**ORDERED:**

1. Creditor's allowed arrearage, in connection with claim 6(the "Claim"), will be 108,183.30.

2. Creditor shall file an amended Claim reflecting the allowed arrearage within 60 days of entry of this order.

Attorney Roman V. Hammes. is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order